1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANTHONY BARBARIN,

11          Petitioner,                    No. CIV S-04-0894 FCD KJM P

12          vs.

13  A.K. SCRIBNER, Warden,

14          Respondent.                    ORDER

15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

17  writ of habeas corpus under 28 U.S.C. § 2254.

18          Because petitioner may be entitled to relief if the claimed violation of

19  constitutional rights is proved, respondents will be directed to file a response to petitioner's

20  amended habeas petition.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1. Respondents are directed to file a response to petitioner's habeas petition

23  within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases.  An

24  answer shall be accompanied by all transcripts and other documents relevant to the issues

25  presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

26

1

1    2. If the response to the habeas petition is an answer, petitioner's reply, if any,

2  shall be filed and served within thirty days after service of the answer;

3    3. If the response to the habeas petition is a motion, petitioner's opposition or

4  statement of non-opposition to the motion shall be filed and served within thirty days after

5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

6  thereafter; and

7    4. The Clerk of the Court shall serve a copy of this order together with a copy of

8  the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,

9  Senior Assistant Attorney General.

10  DATED:  June 15, 2005.

11

12  _____
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20
    2
21  barb0894.100

22

23

24

25

26

2