BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GREGORY A. OTT
Deputy Attorney General
State Bar No. 160803
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5964
  Fax: (415) 703-1234
  Email: gregory.ott@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BARBARIN,**<br><br>                    Petitioner,<br><br>v.<br><br>**A.K. SCRIBNER, Warden,**<br><br>                    Respondent. | CIV S 04-0894 FCD KJM P<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 29, 2005, to file his answer to the petition for writ of habeas corpus. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

DATED: August 17, 2005.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

Order - *Barbarin v. Scribner, Warden*