IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BARBARIN,** | CIV S 04-0894 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 29, 2005, to file his answer to the petition for writ of habeas corpus. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

No further extensions of time will be granted absent exceptional circumstances.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order - *Barbarin v. Scribner, Warden*

1