IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BARBARIN,** | CIV S 04-0894 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, and respondent's counsel having shown extraordinary circumstances supporting his request for additional time, it is hereby ordered that respondent may have until November 28, 2005, to respond to the petition for writ of habeas corpus.  No further extensions will be granted.  If respondent's response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

DATED: November 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Order - *Barbarin v. Scribner*, CIV S 04–894 FCD KJM P

1