IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARBARIN,

           Petitioner,

v.

A.K. SCRIBNER, Warden,

           Respondent.

CIV S-04-0894 RRB KJM P

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until December 12, 2005, to file its answer to the petition for writ of habeas corpus. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE