IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARBARIN,

    Petitioner,               No. CIV S-04-0894 RRB KJM P

    vs.

A.K. SCRIBNER,

    Respondent.             <u>ORDER</u>

_____/

        On December 12, 2005, respondent filed his answer to the petition for a writ of habeas corpus electronically. The answer itself consists of five pages, while the supporting memorandum of points and authorities is sixty pages long.

        Under Local Rule 5-133 (f), respondent was required to provide a courtesy copy of his memorandum to chambers no later than the business day following the filing. He has not done so.

        IT IS HEREBY ORDERED that respondent must comply with Local Rule 5-133 (f) within thirty days of the date of this order.

DATED: December 29, 2005.

                                    UNITED STATES MAGISTRATE JUDGE

2/barb0894.cc