IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARBARIN,

    Petitioner,               No. CIV S-04-0894 RRB KJM P

    vs.

A.K. SCRIBNER,

    Respondent.             ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of November 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 31, 2006 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: February 7, 2006.

                                                        UNITED STATES MAGISTRATE JUDGE

mp
barb0894.111