IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARBARIN,

    Petitioner,                    No. CIV S-04-0894 RRB KJM P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of February 7, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 12, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse. No further extensions of time will be granted.

DATED: May 18, 2006.

                                                              
UNITED STATES MAGISTRATE JUDGE

/mp barb0894.111sec