IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARBARIN,

    Petitioner,                   No. CIV S-04-0894 JAM KJM P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                ORDER

_____/

    Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    In addition, petitioner has asked for permission to file an amended traverse, but has not suggested how the traverse currently on file is deficient.

    Accordingly, IT IS HEREBY ORDERED that

    1. Petitioner's request for appointment of counsel (docket no. 43) is denied without prejudice to a renewal of the motion at a later stage of the proceedings; and

/////

PDF created with pdfFactory trial version www.pdffactory.com

2. Petitioner's request to file an amended traverse (docket no. 44) is denied without prejudice

DATED: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp; barb0894.110

PDF created with pdfFactory trial version www.pdffactory.com