IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BARBARIN, | |
| Petitioner, | No. 2:04-cv-00894-MDS |
| vs. | ORDER |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED that Petitioner's motion to file an untimely notice of appeal [Docket No. 52] is denied.

DATED: October 19, 2011

/s/ Milan D. Smith, Jr.
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

1